UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------x

KALARI JACKSON GIRTLEY, on behalf of herself
and all others similarly situated,

                    Civil Action No:
                    1:25-cv-2269

          Plaintiff,

  -v.-

REVISION SKINCARE, LLC

          Defendant.

------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 27, 2025

| For Plaintiff Kalari Jackson Girtley | For Defendant Revision Skincare, LLC |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ysaks@steinsakslegal.com | */s/ Joel M. Graczyk*<br>Joel M. Graczyk<br>Dentons US LLP<br>233 South Wacker Drive suite 5900<br>Chicago, IL 60606<br>Ph: (312) 876-8000<br>Joel.Graczyk@dentons.com |

1

**CERTIFICATE OF SERVICE**

    I certify that on October 27, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              */s/ Yaakov Saks*
                                              Yaakov Saks
                                              **Stein Saks, PLLC**
                                              One University Plaza
                                              Hackensack, NJ 07601
                                              *Attorneys for Plaintiff*